E-FILED
Monday, 24 September, 2018  10:43:45 AM
Clerk, U.S. District Court, ILCD

United States District Court
Central District Of Illinois
Urbana Division

Keith Allen

    Plaintiff,

vs.                     Case No.

Michael Melvin, Susan M. Prentice,
Megan Foley, Andrew Tilden, Wexford Health
Sources, Inc., John Doe(s).

    Defendants.

SCANNED AT MENARD and E-mailed
9-24-18 by HP 61 pages
date    initials   No.

Complaint With Jury Demand & "Introduction"

1.) This is a civil rights action filed by Keith Allen, a state prisoner, for damages and Declatory Belief under 42 U.S.C. § 1983, alleging defendants violated his rights of "Insufficient Grievance Process denying Access to courts under the First Amendment, Intentional Infliction Of Emotional Distress, Denial Of Serious Medical Needs, Denial of Medical Tests, Conditions of Confinement, under the Eighth Amendment Violations subjecting plaintiff to Cruel And Unusual Punishment in the following ways: unsanitary food service, Unsanitary Mattress & No pillow for months, lack of cleaning supplies, no access to brooms, mops, or toilet brushes, Unsanitary Cell Floods of Raw Sewage, Excessive Noise and sleep deprivation, Excessive Heat, Inmates throwing of Human Waste & Assaults, Rodents, spiders, cockroaches, mice, and other insects, Vermin Infestations, Contaminated Sink Faucet, Contaminated Water, Inadequate Ventilation, Inadequate Laundry Service, Inadequate Medical Care & Treatment, Inadequate Mental Health Care, these conditions also put plaintiff and other inmates at an intolerable risk. Plaintiff seeks Compensatory and Punitive Damages against All defendants. Plaintiff also seeks Compensatory —

and Punitive damages for Future harm.

II. "Jurisdiction And Venue"

2.) Subject Matter jurisdiction lies under 28 U.S.C. § 1331.

3.) Venue is proper in this District under 28 U.S.C. § 1391 (b)(2).

III. "Exhaustion CF Administrative Remedies"

4.) Is there a grievance procedure available at your institution? Yes.

5.) Have you filed a grievance concerning the facts relating to this complaint? Yes.

6.) Is the grievance process completed? Yes.

7.) Plaintiff has exhausted those administrative Remedies that were available.

"Litigation History"

A.) Have you brought any other lawsuits in State or Federal Court dealing with the same facts involved in this case. No.

B.) Have you brought any other lawsuits in state or federal court while incarcerated? Yes

C.) If your answer to (B) is yes, how many? 1. Describe the lawsuit below.

1. Parties to previous lawsuit :

   Plaintiff(s) : Keith Allen · M121830

   Defendant(s) : Tarry Williams , Jerry Baldwin , Darrin Hunter.

2. Court : Northern District, Eastern Division.

3. Docket Number / Judge : 17-cv-1900 / Elaine E. Bucklo.

IV. "Allegations"

A. Pontiac Correctional Center

2.

8.) Pontiac Correctional Center is a maximum security prison men's prison **run** by the Illinois Department Of Corrections. It's located at 700 West Lincoln Street, Pontiac, Illinois. 61764.

9.) Plaintiff was transferred to Pontiac C.C. on about April 3, 2016 from StateVille C.C. to carry out his 7 year segregation punishment time for fighting to be served, where plaintiff was sent to be housed in the North House Unit.

10.) The North House Unit is the worse housing unit in Pontiac out of the other East, West, South housing Units. North house is where you get sent for **punishment** if you get in trouble in any other housing unit at Pontiac.

11.) Pontiac consists of Protective Custody inmates, inmates with longer periods of segregation time, and kickout (general population) once you've completed your seg time.

12.) The North House unit houses suicidal inmates, inmates that throw feces on other inmates and staff, inmates flood their cells, who catch tickets while in segregation, inmates who go to seg from Protective Custody, inmates who harm themselves, inmates who are seriously Mentally Ill (SMI), etc, & Mental Health Care is inadequate.

13.) The North House Unit is overscrowded with 52 cells on each gallery and it's 4 galleries stacked on top of each other (1,3, 5,7 galleries) on one side; and 4 more galleries stacked one top of each other on the opposite side of the cell house (2,4,6,8 galleries).

3.

14.) Due to overcrowding you have a mixture of Protective Custody, Seriously Mentally Ill (SMI), and non-mentally ill inmates all housed in the North House Unit, which also has a lot of transgender Inmates and homosexual inmates on location as well.

15.) The transgender, homosexual inmates, and Seriously Mentally Ill inmates are mainly responsible for creating the inhumane living conditions because staff don't know how to properly deal with them and they constantly assault staff and other inmates so staff kinda let them do whatever they want if their not assaulting their staff.

16.) Correctional Officers, Lieutenants, Sergeants, Majors just allow these inmates to throw feces on other inmates, on the galleries, throw trash all over the galleries and bang, yell, and kick on their doors all day without writing them tickets or making them stop; transgenders and homosexuals talk having sexually explicit conversations over the gallery all day and they pollute the ears of inmates who don't condone that type of behavior, and we constantly have to suffer mentally, physically, and psychological because of it, so inmates bang on their doors to drown them out.

17.) Plaintiff upon information and belief was housed cells away from inmates with AIDS, Stapph Infections, and other diseases, and in addition to the throwing of urine, feces, etc., plaintiff was constantly in fear of catching a disease and feared for his safety and well being. Plaintiff have even had feces thrown on him.

4.

18.) Inmates are in their cells 24 hours a day. Inmates, may it given a pass, leave their cells for visits, medical care, legal exchange, law library, or twice weekly for 2.5 to 5 hour recreation periods, or sometimes mental health classes or to see a mental health personell. Passes are rare. Fewer than 5% of inmates are able to attend mental health classes.

19.) Upon information and belief (JHA) John Howard Association and Uptown People's Law Center have conducted reports on the living conditions at Pontiac over the years.

20.) And Pontiac's longstanding physical problems and inhumane living conditions are understandable since it's a very very old prison.

### B. "Pontiac's Conditions"

20.) What follows is a description of all the conditions challenged by this case. Pontiac inmates, including Keith Allen, have been enduring these conditions since well before Keith Allen arrived in 2016. And I know for a fact because I came to Pontiac for the first time in September of 2013 and a lot, if not all, of these conditions I complain of now existed back then, also. Everyone at Pontiac and who works there, including all the defendants, is aware of them. Inmates file dozens, if not hundreds, of grievances each year about each condition.

21.) Plaintiff have personally filed grievances and have complained and filed complaints to all defendants, over the course of my stay at Pontiac to no prevail; plaintiff has complained to defendants in-

5.

person on multiple occassions, verbally and in person about all the inhumane living conditions that plaintiff suffered from, where he was told to write them letters explaining them and to file grievances. But defendants still didn't provide plaintiff any relief. Plaintiff also complained about harsh living conditions and how they affected him on walk throughs, passes, on yard days when I left my cell, and when Warden, Major, Lieutenants, and Sergeants did tours and walk throughs on the galleries, yet they still didn't provide plaintiff any relief. Conditions are obvious, staff are made aware through monthly reports, lawsuits filed, and their duties required them to know.

22.) Plaintiff was placed in the North House Unit where he was subjected to inhumane living conditions that deprived him of basic necessities of life by placing him in a cell that was filthy with walls covered in feces without proper cleaning materials as well as the following conditions listed below.

23.) (Unsanitary Food Slot). The food slot in my cell is covered with caked up human feces, built up filth, rust all on the inside where CO's place the food trays and it's very unsanitary and contaminates all my meals and I don't have the proper material to scrap it up or clean it. It causes me to miss meals, stomach aches, It upsets my stomach causing me to vomit and I can't even force myself to eat it at times because it's so discusting.

24.) (Unsanitary Food Service). The food carts the Correctional Officers use to serve our meals are made of steel, their old rusted, filthy, meals are cold because CO's refuse to pass them out on time, carts are used to transport trash, prisoners property, dirty mattresses, pass out disinfect, mail, laundry, etc. CO's don't —

6.

always were rubber gloves, they don't wear hear nets, and the open our food trays to look in them exposing them to dust, bacteria, sweat, germs etc. All which leads to plaintiff getting sick, stomach pains, diarrea, cramps, etc. All inmates meals are passed out 3 times a day by CO's.

25. (Inadequate & Lack Of Cleaning Supplies) Pontiac makes inadequate provisions for cleaning supplies in cell houses. Inmates are given one styrofoam 7m cup with the amount of (1/4) of a full cup filled with watered downed cleaning disinfect per week for our cells, or sometimes nothing. No regular provisions of towels, mops, or paper towels. (brooms or toilet brushes) Inmates are forced to use commissary soap and they only allow you to purchase two bars of soap a month and shampoo and torn t-shirts, and rags to clean our cells. Additional supplies are available for purchase, but only in inadequate quantity. More or less, inmates have no choice but to push the filth around.

26. (Vermin) Pontiac is infested. The North House has a run over of roaches, spiders, and mice, which has been present for years. It is well known that mice, and roaches, carry diseases and attributes to pre-existing lung diseases which inflames them to make them worse. Spiders have bitten plaintiff and nothing is done to correct this problem. I have been bitten by roaches and other bugs while sleeping and woke up with bumps, rashes, and the nurses/med. techs won't give me any type of medicine unless it's extremely bad. At night mice crawl on inmates and leave their feces around the cell keeping inmates up at night; this is unexceptable.

27. (Unsanitary Sink Faucet.) My cell's sink faucet is rusted out and

and has caked up green, yellow, and brown bacteria, mold around the part where the water comes out at, and it contaminates my water giving me migraines, headaches, stomach cramps.

28. (Contaminated Water). The water Pontiac makes available to its inmates smell like sewage and has a faint brown color to it. It also has black little particals floating around in it that stains the white styrofoam Im cups. I believe it has radium, lead, in it and it is contaminated with rust and bacteria. Drinking the water causes me severe stomach pains, cramps, joint pains, headaches, dierrea and constipation. Staffers bring in gallon jugs for themselves. And staff and visitors are told to bring their own water. The counselor says the water is tested. On information and belief, that testing is done outside the poison. In other words, the water is tested before it passes through Pontiac's ancient pipes.

29. (Inadequate Ventilation). The ventilation in my cell is filthy, covered with dust, dirt, mold, and I don't have access to clean it on the inside of the air duct which blows dirt into my cell. The air is contaminated with dust, vermin dander, hair, wool fibers and other filth. It carries lead dust, created when lead paint, long used on the walls, chips and flakes. This air circulated, often irregularly, through vents that are seldom cleaned. The air is also saturated with fumes of urine, feces, mold, mace that's sprayed daily from CO's extracting inmates out their cells by (orange crush tact team) and the mace makes me cough uncontrollably, causes my nose to run and my eyes to

8.

to burn, choke and sneeze a lot; I'm forced to cover my mouth and nose with a towel and breathe. They can spray mace on I gallery and inmates including myself will smell it and be affected by it on 7 gallery. At times the cell house smells so bad from inmate throwing feces that it makes it almost impossible to eat, sleep, focus, or even concentrate on anything, reading, legal work, studies, etc and in consumes your cell, body, nose, and pisses you off mentally and I'm forced to suffer.

30.) (Unsanitary Mattress)- My mattress is plastic, torn with holes in it, it's stained with feces, urine and built up filth, and it's flat and worn out like your sleeping on a steel bunk, and some parts have lumps in it and it has a foul odor to it that won't come out. It causes me lower back pains, makes it hard for me to sleep, and the smell alone causes me mental anguish. I didn't have a pillow for about several months before I was finally given one but for months I was forced to endure neck pains and neck and back cramps.

31.) (Unsanitary Cell Floods). My cell is constantly being flooded with raw sewage, human waste, urine, and foul toilet water by other inmates who flood their cells and the galleries while CO's take all day to turn off their water to stop it or clean it up. And my entire cell gets flooded with this contaminated water, putting my health and safety at great risk and causes me to suffer mentally and psychologically. It also damages my property, books, legal papers, clothes, shoes, etc, because we aren't allowed any kind of property boxes in the-

9.

North House Unit or correspondence boxes to protect our belongings.
It costs me money to replace these items nor do I have the
proper cleaning supplies to clean my cell after I'm forced to get
all this water up without rubber gloves; nor do I have
enough bars of soap to clean my cell or clothes afterwards
because we're only allowed to buy two bars of soap per
month. This causes me to get sick and puts me at risk of
catching all kinds of diseases.

32.)(Excessive Noise And Sleep Deprivation). The North House
Unit is excessively loud everyday, at all times of the day from
inmates screaming, hollering, and yelling at and over each other,
kicking on their doors, banging on their doors, beds, and it keep
-s me from getting any sleep and when I finally do it also wakes me
up. It's to the point where CO's just walk right pass inmates banging
yelling, and keeping up noise, they don't make them stop nor do
they write tickets for them doing it so they continue doing it.
CO's and inmates have become accustomed to the loud noise and
CO's too, causing me to be sleep deprived so I'm tired, stress
-ed, upset, and it's nothing I can do about it but get into verbal
arguements with other inmates to try and force them to stop and
it only makes matters worse. And it causes me to suffer mentally
and physically and it's complete torture; it also makes it hard
for me to write, do legal work, concentrate, read or obtain any peace
of mind. Mentally Ill inmates and inadequate Mental Health Treatment are part
of the reason (SMI) inmates create (10.) these condition cause they aren't treated

33.) (Excessive Heat). The north house gets extremely hot when the temperatures rise especially in the summer time due to it's closed in environment and inadequate ventilation. The chuck holes are always closed, the fans are facing in the direction not facing the cells so they are of little help and are not exffective at all. The little fans in the cells that they allow inmates to purchase only blows hot air cause it's no real circulation to flow and blows foul fumes and odors of inmates that throw feces and urine on the galleries. It be so hot you don't even want to move, and by the time you finish washing up in the sink doing a bird bath, your back sweating just cleaning the water up defeating the purpose of washing up. The heat causes me to get dizzy, exhausted, tired, disoriented and makes you not want to do anything. The heat is unbareable and is very stressful because it's nothing you can do about it but suffer or complain only to not be given any relief.

34.) (Inadequate Laundry Service). Pontiac's laundry service is also inadequate. When I send my laundry, clothes and sheets and towels it comes back wet and damp and dirtier than it was when I sent it out. Then by all your clothes being balled up with so many other people's dirty stuff it can't be cleaned properly. So it forces me to have to wash all my clothes out by hand even after sending it to the laundry with commissary soap and shampoo in the same sink I wash up, drink water out of, and clean the cell up with, etc. And I have to tear sheets and shirts up to make lines to dry them on or it smells like mildew and we got to risk –

11.

getting written disciplinary tickets for hanging up clothes lines because the laundry service provided is inadequate. Clothes also come back with foul odors.

35.) (Inmates Throwing Feces, human waste, urine etc). Inmates are constantly throwing human waste, urine, magic shave and others all mixed together that they let sit in their cells for days and weeks at a time to throw it on the staff, inmates, galleries, and it put plaintiff and others at risk of catching diseases, and infections that aren't able to be seen by the eye. They also makes the living conditions very unsanitary, contaminating our food, the foul odor and stinch is overpowering and lights up the whole cell house. Plaintiff has be assaulted on the yard by inmates throwing feces and it has caused big red bumps to form on my lip with white puss coming out. And CO's and staff don't make sure inmates aren't able to be assaulted with human waste in the cell houses or the yards. This has been going on for years and staff has still failed to establish preventive measures to prevent this from happening and as long as their CO's aren't getting assaulted with feces they can care less, some even find it entertaining and funny. Plaintiff have been in constant fear every since he was assaulted by inmates on the yard with human waste of catching an infectious disease, hepititis C, Staff Infection, AIDS, and the unknown and plaintiff wasn't ever treated for it or examined by doctors, or had tests run or given medication. Causing plaintiff unecessary pain and suffering being in fear of contraction something and possibly dying of a health related issue in return. SMI inmates and the inadequate Mental Health Care is responsible for foul cell house conditions.

12a

36.) (Excessive Restraints) In the North House Unit plaintiff and other inmates are being exposed and unfairly punished by being subjected to excessive restraints on a daily bases. Plaintiff and other inmates have been getting hand-cuffed behind the back and hand-cuffed with leg irons around the ankles everytime I leave my cell for all movement. First I'm hand-cuffed behind my back, then I'm ordered by staff to get down on my knees so leg irons and hand-cuffs can be placed around my ankles. This procedures occurs before I leave my cell and again once I arrive back at my cell to have them removed, that includes for yard, health care passes, dental passes, to showers, to anger manage-ment classes, legal box exchanges, barber shop, law library, shake downs, sessions with "SMI" Mental Health sessions with personnel, visits, etc. This practice is being carried out in the North House Unit only, not in the other segregation Units at Pontiac like the West, and East House Units. Nor is it being done at other maximum Prisons Segregation Housing Units at StateVille C.C. or Menard C.C., they're only being hand-cuffed behind the back that's it, not leg irons also. The leg irons cuts your ankles causing you to bleed and tears, cuts, and rips your skin when you walk even when walking very slowly. All staff members at Pontiac are aware of this issue yet they continue doing it and refuse to fix this problem. They've been informed of this issue verbally, in person, grievance, report, appeals, etc. This has been going on for years at Pontiac and I wouldn't be surprised if it's still going on.

13.

Me being forced to constantly get down on my knees while being hand-cuffed behind my back on the concrete floor inside the North House Unit building and outside on the yard (to and from yard) on the concrete ground in the rain and snow, etc; Is causing me undue pain and wear and tear on my knees, as well as suffering causing me long term permenate knee damage that affects my daily mobility. It also interfers with my daily exercise routines, nor can I stand long periods of time without experiencing pain and suffering.

37. (Inadequate Clothing For The Seasons) Plaintiff and other inmates are not given adequate clothing and the lack of clothing for the seasons forces us to freeze and exposes us to suffer under extreme temperatures just to attend recreation one of our only means for some to leave their cells. We are only given 2 pairs of socks, 2 T-shirts, 3 pairs of boxers, 2 sheets, 1 pillow case, 1 face towel, 1 big towel, 1 Blanket, and one state Jumpsuit, upon arrival to Pontiac C. C. In the winter time the weather gets to freezing temperatures outside for yard like 10 degrees below windshield, and while raining and sometimes snowing during the fall and winter seasons. And we're not properly prepared for the weather while we attend yards, which causes us to freeze, catch colds, get sick, strap throat, voice to get horse, then we're forced to pay $5 to go to health care for treatment and to obtain cold pills, while we attend yard 2 times a week for 2½ to 5 hours in duration. We aren't provided with skull cups, thermals (top and bottoms), gloves, boots, scarfs, etc, we're only given a thin spring –

14.

Jacket to wear while on the yard. And state jumpsuits we're given are very thin, boots used to be given out to all inmates and are only given to workers. We're not given protective rain coats or hats, and inmates are forced to buy winter gear from the prisoner's commissary or go without, so a prisoner who has no money to purchase winter gear won't have it and is prevented to go to the yard in the winter unless he's willing to freeze and catch a cold for hours.

38.) (Unsanitary Showers). Pontiac's showers are very nasty and unsanitary, they're filled with rust, dirt, trash, shampoo wrappers, etc. The drains are often clogged up causing the showers to be flooded with dirt, grime, trash putting plaintiff at risk of diseases and infections. We're forced to share showers with transgenders, homosexuals, inmates who has diseases, infections of all sorts, etc that I'm forced to come into contact with, putting my health and life's safety at constant risk, and danger. Then I'm forced to share showers with sometimes 50 or more inmates, one after another, and staff don't clean the showers inbetween other inmates getting in them so it just accumulates the filth and dirt of other inmates who got in the showers before you. Some of which may have AIDS, TB, Hepatitis "C", Staphlococcus, your also coming in contact with bacteria, germs, sewage, some guys take urines in the showers etc. And having to endure these conditions puts me in constant fear for my life, health, and safety and overall well being. I'm afraid that I may contracted some kind of disease, infection, or been exposed to something worse like AIDS, Hepatitis C, Stupph infection and just the thought and not know for sure that I haven't-

15.

causes me to suffer mentally, physically, psychologically, it worries me and keeps me stressed out and depressed. I repeatedly requested to have AIDS tests, Hepatitis "C", Stapph Infection test, and to be examined by a doctor for coming into contact with human waste amongst other things and for months I've havn't getting any treatment. I was eventually given a AIDS test after several months and thank God that came back negative, but I still suffer for the unknown of the others. I have written grievance emergency to the warden, nurses, Doctors, Healthcare, and they never provided me any treatment. They repeatedly recklessly disregard my complaints and my serious medical needs.

39.) (Inadequate Health Care). I have been assaulted with human waste, urine, magic shave on my face and some has gotten in my mouth. I'm constantly coming into contact with inmates with diseases, infections, etc. I've experienced back pains, neck pains, stomach aches, loss of sleep, I've had big red bumps, rashes, pimples, bumps with blood and puss coming out of them and I've suffered treendously do to the living conditions at Pontiac that I've seeked help for. But I was unable to get any treatment, medication, examined by a doctor, or have tests run to see if I've contracted anything other than an AIDS test. I've complained for months to various staff members and made them aware of my serious medical needs but I've have been recklessly disregarded by medical staff. I've written grievances) to the warden about the staff, medical staff, and lack of treatment.

16.

But I've yet to **receive** any treatment. I've written multiple sick call request slips from April 2016 to April 2017, I've personally written multiple letters to medical staff, Dr. Tilden, Megan Foley, Dr. OJalaty, Warden Melvin, Assistant Warden Shull, Major Prentice, Lieutenant Evans, and I've informed Wexford Inc., through multiple grievances also but I haven't gotten any treatment. All of these Staff members I've mentioned above have recklessly disregarded my serious medical needs and multiple requests for help, over 6 months to a year of time while at Pontiac.

40.) Plaintiff requested to be **seen** by the doctor and his requests went ignored, so he wasn't seen. Wexford has a history of under-staffing it's health care unit and as a result of that under-staffing plaintiff was denied adequate medical care or follow-up treatment.

41.) Wexford's policy to inadequately staff the Pontiac health care unit is by deliberate design, so they can save money and as a result of this policy inmates such as Plaintiff ___ sick call request aren't answered in a timely fashion or at all. And instead of hiring more medical staff to **fix** or remedy this problem they've allowed it to continue to be part of the treatment that Plaintiff's been subjected to at Pontiac which has caused him to suffer cruel and unusual punishment.

42.) Per the policy and rules, Wexford is suppose to go to every cell house and conduct safety and sanitation reports describing the overall conditions

17.

of the cell house ____ (such as bugs, roaches, mice, plumbing works, leaks, etc.) and as a result of these reports (which are suppose to be done monthly), Wexford and Warden Melvin were made aware of the conditions of North House Unit and that it posed a serious threat to the physical and mental health of Plaintiff and anyone else housed there. Plaintiff suffered under these inhumane conditions for Ten and half Months to a year.

43.) Deliberate indifference is what prison officials and/or medical staff personnel do when they've been notified that an inmate is being subjected to a harm, the threat of a harm, a pain or suffering that's causing cruel and unusual punishment, and they do nothing to stop the harm from occuring - or turn a blind eye to the notification that harm exists.

44.) Plaintiff notified Warden Melvin, Major S. Prentice, Assistant Warden Shull, Lieutenant Evans, Dr. Tilden (Head of Health Care), Megan Foley (Head of Nursing), Dr. OJalaty, and multiple nurses, of the conditions of confinement he described in his grievances as well as Lieutenant Curley, Lieutenant Dalton, Sergeant Meister, Sergeant Shoemaker, and he made it clear that he needed medical care, however, his complaints were ignored by Warden Melvin and staff, and to Wexford Inc.

45.) As a result of the Warden Melvin, Major S. Prentice, Assistant Warden Shull, Lieutenant Evans, Lieutenant Curley, Lieutenant Dalton, Sergeant Meister, Sergeant Shoemaker, Dr. Tilden, Megan Foley, Dr. OJalaty, and other staff, ignoring Plaintiff's complaints & plaintiff was forced to suffer pain and -
[Wexford, Inc.,]

18.

suffering
~~and~~ as a result, of insanitary conditions and lack of medical treatment, I was constantly at risk of catching infectious diseases, I've suffered from sleep deprivation, back and neck pains, knee pains, appitite loss, fatigue, (Severe headaches) nausea and vomiting, constipation, diarrea, vague stomach aches, and cramps, mental, physical, psychological pain and suffering, rashes, bumps, bug bites, severe allergic reactions to the dirt, filth, dust mites, roaches biting him, mice and ants crawling over everything contaminating his cell, and the mental fear and anguish of catching Hepatitis "C", AIDS, Stapph infection, Mercer, Bacteria infections, and other illnesses that I haven't been treated for. And after repeated requests for 10 1/2 months to a year, Plaintiff was still denied proper relief, or treatment, or medication.

46.) Plaintiff's grievance requesting medical care was suppose to be viewed by a Wexford representative/ medical personnel to adequately assess plaintiff's medical needs to determine what course of medical treatment is needed to properly address plaintiff's serious medical needs, and because Wexford did not follow their own policy and procedures dealing with medical issues in grievances, Plaintiff was denied adequate medical care. These actions caused plaintiff to suffer in physical pain and mental anguish.

### C. "Serious Risks"

47.) The challenged conditions, alone and various combinations, place inmates at risk of contracting many serious medical conditions or suffering physical and psychological injury. These include:

48.) (Infectious Disease). Mice, cockroaches, and other bugs are vectors for serious infectious diseases. Mold can cause infections of the skin, lungs, sinuses, and digestive tract.

49.) (Respiratory Disease). Mice, cockroaches, and their dander and other byproducts are vectors and risk factors for serious respiratory diseases. So is mold. Inmates experience trouble breathing. Inmates with asthma are at particular risk.

50.) (Skin disease). Contact with vermin, feces, and mold cause rashes and infections.

51.) (Food-Bourne Illness). Food contaminated by dirty water, dirty carts, mice, cockroaches, or mold can make inmates ill.

52.) (Water-Bourne Illness). Dirty Water can cause parasitic infection, spread bacterial disease, and even spread viruses.

53.) (Freezing). Illinois gets cold in the winter. The lack of adequate clothing put Pontiac's Inmates at risk of exposure related illnesses like pneumonia or frostbite.

54.) At times the roof in the North House leaks water, rain water, creates a slip and fall risk, which, considering that Pontiac's interior is all concrete and metal, creates a large risk of head and other injuries. Also the risk of falling down the stairs due to the leg icons inmates are forced to wear around their ankles which makes it hard to walk and easy to trip and fall.

55.) (Psychological Injury). As Judge Posner put it: "The potential psychological harm from living in a small cell infested with mice-

20.

an cockroaches is pretty obvious." Thomas v. Illinois, 697 F.3d 612,

615 (7th Cir. 2012). Pontiac inmates live in small cells infested

with mice and cockroaches. They are also surrounded by constant,

deafening noise. They rarely get out of their infested cells. And

when they do, they rarely have anything to do. These conditions

put them at a risk of psychological injury.

(D. "Factors Exacerbating Serious Risks To Inmate Health")

56.) Some of the conditions listed above not only pose serious risks

themselves, they make Pontiac's inmates more vulnerable to the risks

caused by other conditions. Also, some aspects of inmate life at

Pontiac that were not listed above also exacerbate the risks posed

by the listed conditions expose its inmates to.

57.) (Crowded And Dirty Conditions enable the spread of contagious,

Disease.) ~~Glass~~ Pontiac is overcrowded. And Pontiac is filthy. Vermin

in contribute to the filth and the prison's failure to allow inmates

to meaningfully clean their cells or to provide them with adequately

clean clothing allows the filth to persist. These conditions - close,

filthy quarters - encourage the spread of disease, making the risk of

disease created by the conditions listed in § VI. D even greater.

58.) (Excessive Noise, ~~daytime cells~~ mice, and insects prevent plaintiff and other inmates

from sleeping, weakening their immune systems). The mice and cock-

roaches that infest the inmate's cells skitter across the floors and

bunks all night.) And through it all, the yelling, banging and kicking on their

doors keeps going. Inmates have a hard time going to sleep and staying asleep

under these conditions. The sleep we get is low quality. That lack of sleep translates, as it does in all people, into a weakened immune system, making the risk of disease created by the conditions listed in § VI. D even greater.

59.) "Delayed medical treatment can turn minor injuries, infections, and diseases into serious ones, and serious ones into life threatening ones." ) When it comes to medical professionals, Pontiac is and has been understaffed for years. At the same time, the amount of care required is increasing, as Pontiac's population gets older. This problem of supply and demand has long contributed to delays in care. These delays exacerbate many of the risks described above. For example, a skin rash or infection, if treated swiftly may require nothing more than a cream or a prescription for antibiotics. But, if left to fester, that same condition might later require more drastic or lengthy treatment or even become life threatening.

60.) "Inadequate clothing for the seasons exposing inmates to freezing temperatures depresses inmate's immune systems making them more susceptible to illness." ) Severe cold weakens the body and depresses the immune system. When Pontiac 's inmates get cold, they also grow more susceptible to the various serious illnesses that Pontiac exposes them to. Accordingly, Pontiac's inadequate provisions of warm clothing and exacerbates those risks.

61.) "Stress depresses inmate's immune systems making them more susceptible to illness." Stress reduces the body's ability to fight off illness. ) Prison, in general, is stressful. But Pontiac is worse. It is overcrowded. Dirty. Inmates can't sleep. Inmates in all parts of Pontiac, but especially North

House Unit, are subject to a constant roar of other inmates shouting to each other. Moreover, inmates cannot readily reduce their stress levels with exercise or activity because Pontiac offers very little of those opportunities. Accordingly, inmates at Pontiac are under a great deal of immunity sapping stress, and that makes them more susceptible to the serious illness that the prison's other conditions conditions constantly expose them to.

(E. "Keith Allen And His Injuries")

62.) Keith Allen came to Pontiac C.C. from Stateville C.C. in April 2016.

63.) I have experienced every condition complained of above and has, at numerous times, complained about every condition above to numerous Pontiac personnel. (See Exhibits Attached 1 - 37)

64.) Shortly after coming to Pontiac, Keith developed stomach problems, including abdominal pain and bumps with white puss coming out and knots in my throat making it hard to breath. Keith has also experienced appetite loss, nausea, tiredness, and back pains and neck pains as well as knee aches, and severe migraines.

65.) In addition to those physical injuries, I live in constant fear. I'm aware of the conditions at Pontiac and aware of the many risks that they pose. I was a young man when I entered prison. And I fear that, by the time my sentence runs out, I'll be so diseased that I will be unable to enjoy life as a free man. This fear has caused me bodily injuries, including headaches, stomach aches, loss of appetite, a hernia and loss of sleep.

(F. "Inadequate Grievance Process")

23.

66.) The grievance process at Pontiac Correctional Center is insufficient to address problems with staff conduct.

67.) I've written multiple grievances and once I get a response from the counselor, and then send it to the grievance officer next, which is what I'm suppose to do, the grievance officer doesn't always respond to my complaints like State law and IDOC Rules And Regulations requires him or her to do. The grievance officer picks and chooses what grievances they'll decide to respond to.

68.) And even after you constantly write letters seeking the response to grievances you've filed they still don't respond or provide you with any relief nor do they get back at you with a reply, preventing you to get your issues addressed by the Warden and Director who has the Authority to fix the problems you complain of.

69.) And the grievance officer gets away with it because you can't hold them accountable because they don't have the power to fix your issues or problems you complain of, but they're preventing you from obtaining any help for your pain and suffering endured.

70.) I've written the Warden, grievance officer, and other staff members, seeking responses for multiple grievances requesting help for conditions that I suffer from that are inhumane, and for the lack of medical treatment on several occasions and I still didn't get any relief or help.

71.) The 3 step process for filing grievances is set up to deny prisoners right to seek redress by intentionally frustrating the process. This by denying grievances when there is clear evidence the grievance should be granted. Grievances aren't investigated to substantiate prisoner's claims nor witnesses questioned even when names are placed in the grievances, also affidavits are ignored. The 3 step process is as follows: (1) send to counselor, (2) send to grievance officer (the warden signs off on the decision to either concur, not concur; or remand the grievance); (3) send grievance to administrative review board (I.D.O.C. Director the. In either approves or denies, the decision). Still no matter what the proof is the prisoner has majority of the time the grievance will be denied; furthermore this will be done without a formal hearing or anything else. Just the written grievance and the counselor's response and grievance officer's response.

72.) Defendant's Warden Melvin, and Director Baldwin denied plaintiff access to the courts when they permitted staff to interfere with the grievance process, making it difficult for plaintiff to exhaust my administrative remedies. The grievance process is insufficient to address staff conduct in violation of the First Amendment and Warden Melvin and Director Baldwin are violating their "carceral burden" in ignoring all of the above issues.

(V. "Claims")

("Prison Conditions Constituting Cruel and Unusual Punishment")

U.S. Const. Amends. 8th via 42 U.S.C. § 1953

73.) All prior paragraphs are incorporated by reference here.

74.) The claims seeks declartory Judgment and it seeks damages —

25.

For Keith Allen's injuries. The Declaratory Relief is sought by all defendants. The damages claims are lodged against all defendants that is Melvin, Prentice, Evans, Dalton, Curley, Meister, Shoemaker, Dr. Tilden, Megan Foley, Dr. OJalaty, Shull, Wexford, Inc, and except Baldwin. The damages claims are lodged against these defendants in their personal capacities.

75.) All the defendants were and are state actors.

76.) All the defendants are aware of all ~~the conditions~~ the conditions. The conditions are obvious. And the defendants' duties all require them to be familiar with the conditions of Pontiac.

77.) All defendant's were made aware of conditions by plaintiff's letters to them complaining, grievance, report, or appeals, and personally and verbally in person, sick call request slips For some also.

78.) Defendants were notified about conditions by plaintiff, and defendants were on notice of the conditions from other inmates grievances and other lawsuits. All Defendants recklessly disregarded plaintiff's complaints

79.) By creating these conditions or failing to remediate them, all the defendants have been deliberately indifferent to a serious risks of harm created by the conditions. This exposure to a heightened risk of future injury is, itself, an actionable violation of the Eighth Amendment. As is the materialization of that risk leading to physical and psychological injury, as happened here. Accordingly, all the defendants subjected keith to the deprivations of a right protected by the United States Constitution.

26.

80.) Moreover, Keith has no adequate remedy at law. I've suffered irreparable injury. All defendants were made aware of and refused to correct the conditions.

81.) Keith has suffered compensable injuries. Keith has suffered a physical injury in the form of abdominal pain and bumps with white puss and blood coming out of them, Knots in my throat, back pains, neck pains, and knee pains, caused by exposure to Pontiac's conditions. Further, that exposure — and **my** knowledge of it having me living in constant fear that I will get sick, catch a disease, freeze, or worse. This constant fear has ~~lead~~ led to bodily injury, including headaches, stomach aches, loss of appetite, and loss of sleep. All defendants were Deliberately Indifferent to plaintiff's suffering under inhumane conditions.

("Denial Of Medical Treatment and Deliberate Indifference To Serious Medical Needs")

U.S. Const. Amends. 8th via 42 U.S.C. § 1983

82.) All prior paragraphs are Incorporated by reference here.

83.) This claim seeks declatory Judgment and it seeks damages for plaintiff's injuries. The damage claims are lodged against defendants Melvin, Shall, Dr. Tilden, Megan Foley, Dr. @Jnlaty, Wexford, Inc., Major Prentice, Evans, for recklessly disregarding plaintiffs requests for medical treatment, tests, medication if necessary, to be examined, and see a doctor for pain and suffering endured for months with no help after being made aware by grievance, letters, sick call requests, verbally etc, reports.

84.) All defendants were state actors.

27.

85.) All defendants and damage claims are lodged against them all in their personal capacities.

86.) Defendants were made aware of plaintiffs requests for medical treatment, existing medical needs tests, examination, treatment being needed to cure plaintiff of suffering and pain endured, and put on notice from plaintiff's letters, sick call slips, grievances, reports, etc.

87.) All defendants were deliberate Indifferent to plaintiff's current serious health problems, and also deliberate Indifferent to conditions posing an unreasonable risk of serious damage to future health.

88.) Defendant's failure to provide plaintiff help, relief, and proper medical care, or any medical treatment caused plaintiff unnecessary pain and suffering for plaintiff being plagued with big red bumps on his face with white puss and bloody coming out, (severe headaches ; Migrines), in constant fear of catching a disease like hepatitis "C", AIDS, Stapph Infection, Mercer, a bacteria infection for feces and human waste, urine, and magic shave being thrown on him at yard. Plaintiff was afraid that the feces getting in his mouth could lead to a gum disease or worse death, Which caused plaintiff to suffer mentally and emotionally, caused mental anguish, and prevented plaintiff from being able to keep food down, vomiting, without ever receiving any medical treatment except an AIDs test after several months.

89.) Defendants also denied and recklessly disregarded plaintiffs requests for help and medical treatment as well as hepatitis "C" and Methiella - Resistant Staphlococcus Hureus (MRSA) tests.

28.

90.) As is the materialization of that risk leading to physical and psychological injury, as happened here. Accordingly, all the defendants listed above have subjected plaintiff to the deprivation of a right protected by the United States Constitution.

("Intentional Infliction Of Emotional Distress")

91.) Warden Melvin, Major Prentice, Lieutenant Evans, Lieutenant Dalton, Lieutenant Corley, Sergeant Meister, Sergeant Shoemaker, Assistant Warden Shull, intentionally inflicted emotional distress upon Plaintiff in violation of Illinois State law due to their refusal to act to **correct** the unconstitutional conditions of confinement at Pontiac.

92.) Warden Melvin, Assistant Warden Shull, Dr. Tilden, Dr. OJalaty, Megan Foley, Major Prentice, Lieutenant Evans, Wexford, Inc., have intentionally inflicted emotional distress on him in violation of State law by ignoring my requests for medical treatment for bleeding bumps with white puss coming out of them on my face and lips, swollen lip, rashes and bumps all over my body, mouth pains, gum pains, hard to breathe symptoms, vomiting, appetite loss, fatigue, nausea, vague stomach pains, abdominal pains, denying medical tests for Hepatitis "C", Staph Infection, etc, back pains, severe headaches, by recklessly disregarding plaintiff serious medical needs.

93.) All prior paragraphs are incorporated by reference here.

(VI. "Prayer For Relief")

44.) Plaintiff seeks:

   A. Attorneys' Fees and costs, and

   B. Any other relief the court deems proper.

29.

95.) Plaintiff also seeks :

   A.) Compensatory Damages,

   B.) Punitive Damages,

   C.) A transfer to Stateville Correctional Center or another medium prison.

   D.) Costs and Court Fees.

VII. ("Parties")

96.) Plaintiff Keith Allen. Plaintiff has been in the Illinois Department Of Corrections has housed me since August 2009. I arrived at Pontiac in all relevant times pertaining to this complaint in April 2016 to April 2017.

97.) Defendant(s) Susan K. Prentice. Susan Prentice was the Major at Pontiac Correctional Center in the North House Unit, address : 700 W. Lincoln Street, Pontiac, IL. 61764. As Major, Prentice has knowledge of and responsibility for inmates health and safety and the conditions complained of Above. Prentice is named in here personal capacity.

98.) Defendant Michael Melvin. Melvin was the Warden at Pontiac Correctional Center, Address 700 W. Lincoln Street, Pontiac, IL. 61764. As warden, Melvin has knowledge of and responsibility for inmate health and safety and the conditions complained of Above. Melvin is named as a defendant in his personal capacity.

99.) Defendant Megan Foley. Megan Foley was the Head Of Nursing at Pontiac Correctional Center. As Head Of Nursing, Foley has knowledge of and responsibility for inmate health and safety and is aware of the conditions complained

30.

of Above. Foley is named as a defendant in her personal Capacity. Her Adcess: 700 W. Lincoln Street, Pontiac, IL. 61764.

100.) Wexford Health Sources, Inc.) Wexford Health sources, Inc. is the Health Care Service Provider Company at Pontiac Correctional Center, Address: 425 Holiday Dr., Pittsburgh, PA. 15220. Wexford as Medical Service Provider for Pontiac's inmates has Knowledge of and responsibility of inmate health and safety and the conditions complained of Above. Wexford is named as a defendant in it's personal capacity.

Defendant s.
101.) Andrew Tilden. Tilden was the Head Of Health Care (Doctor) at Pontiac Correctional Center, address: 700 W. Lincoln street, Pontiac, IL. 61764. As Head of Health Care, Dr. Tilden has Knowledge of and responsibility for inmate health and Safety and the conditions Complained of Above. Melvin is named as a defendant in his personal capacity.

102.) Defendant John Doe(s). The John Doe Defendants are Illinois's Department of Corrections employees and agents responsible for the conditions complained of Above. Plaintiff will need discovery to identify them all, 1-8 defendant(s) at least if not more.

United States District Court
Central District OF Illinois
   Peoria Division
309 U.S. Courthouse
100 N.E. Monroe Street,
Peoria, IL. 61602

Respectfully Submitted
Keith Allen - M31830
Keith Allen - M31830
Menard Correctional Center
PO Box 1000
Menard, IL. 62259

( State Of Illinois )
( County Of Randolph )

Affidavit
I, Keith Allen, do hereby declare and affirm that the following information with this affidavit is true and correct in Substance and in facts:

1) I'm the plaintiff in this matter; I am not trained in the law.

31.

Pursuant to 28 USC 1746, 18 USC 1671 or 735 ILCS 5/1-109, I declare under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith. Signed on this 20 day of September, 2018.